IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1741-ZLW-BNB

SHEILA BLACKWELL,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC./RITZ-CARLTON
HOTEL CO. LLC,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: January   27  , 2006

    It is ORDERED that attorney Daniel R. Satriana, Jr.'s Motion To Withdraw As Counsel is granted, and Mr. Satriana is allowed to withdraw as counsel for Defendants. The Court notes that Steven M. Gutierrez and Thomas E.J. Hazard continue to represent Defendants.  It is

    FURTHER ORDERED that this case is set for trial to jury for five days commencing on Monday, September 25, 2006, at 10:30 a.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado  80294.