IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01741-ZLW-BNB

SHEILA BLACKWELL,

Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., and
THE RITZ-CARLTON HOTEL CO.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendants' Unopposed Motion to Vacate March 9, 2006 Settlement Conference** (the "Motion"), filed on February 28, 2006.

     IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for March 9, 2006, is VACATED, to be reset upon the request of the parties.

DATED: February 28, 2006