IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1741-ZLW-BNB

SHEILA BLACKWELL,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., and
THE RITZ-CARLTON HOTEL CO.,

    Defendants.

---

## ORDER

---

    This matter was before the Court on March 28, 2006, for oral argument on Defendants' Motion For Summary Judgment.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that Defendants' Motion For Summary Judgment (Doc. No. 37) is granted in part and denied in part.  It is

    FURTHER ORDERED that the motion is denied as to Plaintiff's first and second claims for relief.  It is

FURTHER ORDERED that the motion is granted as to Plaintiff's third and fourth claims for relief, and the third and fourth claims are dismissed with prejudice.

DATED at Denver, Colorado, this  29  day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court