IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1741-ZLW-BNB

SHEILA BLACKWELL,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC./RITZ-CARLTON
HOTEL CO. LLC,

    Defendant.

_____

ORDER
_____

It is ORDERED that, notwithstanding the procedures set forth in the Court's memorandum concerning proposed jury instructions, proposed jury instructions are due in this case on or before September 11, 2006.

DATED at Denver, Colorado, this _2__ day of August, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court