IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1741-ZLW-BNB

SHEILA BLACKWELL,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC./RITZ-CARLTON
HOTEL CO. LLC,

    Defendant.
_____

ORDER
_____

    On August 8, 2006, counsel for Plaintiff advised the Court that this case had settled. It is, therefore,

    ORDERED that the trial preparation conference set on Wednesday, August 30, 2006, at 2:00 p.m. and the trial set on Monday, September 25, 2006, are vacated. It is

    FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

    FURTHER ORDERED that settlement papers shall be filed on or before August 22, 2006. If by that date settlement papers have not been received by the Court, on August 29, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __8__ day of August, 2006.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court