IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1741-ZLW-BNB

SHEILA BLACKWELL,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC./RITZ-CARLTON
HOTEL CO. LLC,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed.

    DATED at Denver, Colorado, this __23__ day of August, 2006.

                  BY THE COURT:

                  *[signature: Zita L. Weinshienk]*
                  _____
                  ZITA L. WEINSHIENK, Senior Judge
                  United States District Court